# CARTER LEDYARD & MILBURN LLP
## Counselors at Law

**Alan S. Lewis**
*Partner*

Direct Dial: 212-238-8647
E-mail: lewis@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

June 5, 2012

**BY HAND**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
JUN - 6 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re: *U.S. v. Nicanor Fernandez*
12-CR-65 (WHP)

Dear Judge Pauley:

Without objection from the government, as per AUSA Steve Lee, we respectfully request that the bail condition restricting Mr. Fernandez to the Southern, Eastern and Northern Districts of New York be temporarily expanded so as to permit Mr. Fernandez to go to Newark, New Jersey for the day on June 10, 2012 to attend a friend's 80th birthday party.

Mr. Fernandez is at liberty on a $50,000 PRB signed by he and his wife, as set by Magistrate Judge Gorenstein at arraignment on June 29, 2011. He is not required to report to pre-trial services.

Respectfully yours,

Alan S. Lewis

ASL:bp

cc: **VIA E-MAIL**

AUSA Steve Lee

*Application Granted.*

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2012

7031010.1