# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Alan S. Lewis**
*Partner*
•
*Direct Dial: 212-238-8647*
*E-mail: lewis@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

June 20, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/12

**BY HAND**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *U.S. v. Nicanor Fernandez*
              12-CR-65 (WHP)

Dear Judge Pauley:

Without objection from the government, as per AUSA Carrie Cohen, we respectfully request that the bail condition restricting Mr. Fernandez to the Southern, Eastern and Northern Districts of New York be temporarily expanded so as to permit Mr. Fernandez to travel to Marco Island, Florida. If this application is approved, Mr. Fernandez will drive, leaving New York on June 26, 2012 and returning to New York on August 31, 2012. Accordingly, the request is for permission for Mr. Fernandez to enter all districts necessary for the purpose of driving to and from Marco Island, Florida on the above described dates. I have provided Mr. Fernandez's contact information in Florida to AUSA Lee. On February 6, 2012, the Court approved a similar request for travel to Florida between February 9 and March 15, 2012.

Mr. Fernandez is at liberty on a $50,000 PRB signed by he and his wife, as set by Magistrate Judge Gorenstein at arraignment on June 29, 2011. He is not required to report to pre-trial services.

Respectfully yours,

*Alan S. Lewis*

Alan S. Lewis

ASL:bp

cc:   **VIA E-MAIL**

     AUSA Steve C. Lee

Application granted,

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

7038920.2