# CARTER LEDYARD & MILBURN LLP
## Counselors at Law

Alan S. Lewis
Partner

Direct Dial: 212-238-8647
E-mail: lewis@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

June 25, 2012

**BY FAX**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/12

Re: *U.S. v. Nicanor Fernandez*
    12-CR-65 (WHP)

Dear Judge Pauley:

I write to provide additional information with regard to my June 20 request that Mr. Fernandez be permitted to travel to Marco Island, Florida.

The purposes of the requested trip are to spend time with family and at the second home Mr. Fernandez (and his wife) own in Florida. Mr. Fernandez and his wife have visited Marco Island, Florida, nearly every summer for the last decade. Mr. Fernandez's wife is a semi-retired educator but she continues to work on contract basis for Hunter College during the school year. Consequently, her ability to spend time in the Marco Island home is limited to summer and mid-year school vacations. Mr. Fernandez also intends to spend time with his daughter and young grandchildren at the Marco Island home – they plan a July visit of a few weeks' duration.

I have provided all of Mr. Fernandez's contact information to the government (address, telephone number and email address) and can convey the same to the Court.

Respectfully yours,

Alan S. Lewis

ASL:bp

cc: **VIA E-MAIL**

    AUSA Steve C. Lee

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III

7041486.1